UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CV-00049-BR

| | |
|---|---|
| IAN SAMUEL GOTTLIEB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ELLEN GESMER, ) | |
| JAMES FAISON III, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's *pro se* motion for reconsideration of the court's order denying his motion for a temporary restraining order. (DE # 9.) Having fully considered the motion, it is DENIED.

This 27 March 2013.

_____
W. Earl Britt
Senior U.S. District Judge