UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CV-00049-BR

| | |
|---|---|
| IAN SAMUEL GOTTLIEB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ELLEN GESMER, ) | |
| JAMES FAISON III, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's *pro se* motion for voluntary dismissal. (DE # 24.) Counsel for defendant Ellen Gesmer has filed a declaration stating that defendant does not object to the motion.[1] (DE # 25.) The motion is ALLOWED, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is DISMISSED WITHOUT PREJUDICE.

This 22 May 2013.

_____
W. Earl Britt
Senior U.S. District Judge

---

[1] It does not appear that plaintiff has effected service on the other defendant, James Faison III. Plaintiff named another defendant, Jo Ann Douglas, in his original complaint. However, as the court recognized in its 25 March 2013 order, plaintiff was deemed to have amended his complaint and Douglas was not named as a defendant in the amended complaint. (See DE # 7.)